IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., MOTOROLA MOBILITY HOLDINGS, INC., RESEARCH IN MOTION LIMITED, RESEARCH IN MOTION CORPORATION, KYOCERA COMMUNICATIONS, INC., CASIO COMPUTER CO., LTD, CASIO AMERICA, INC., HTC CORPORATION, HTC AMERICA, INC., NEC CORPORATION OF AMERICA, INC., NOKIA CORPORATION, NOKIA INC., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC., CRICKET COMMUNICATIONS, INC., LEAP WIRELESS INTERNATIONAL INC., AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., LG CORP., LG ELECTRONICS U.S.A., INC., AND T-MOBILE USA, INC.,<br>.<br><br>　　　　　Defendants. | Case No. 6:11-cv-1512-ORL-35KRS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

　　　Plaintiff, through its undersigned attorney, hereby discloses the following pursuant to this Court's Interested Persons Order (Docket No. 8):

　　　1.　　The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more or a party's stock, and all other identifiable legal entities related to any party in the case:

**Plaintiff:**

Brandywine Communications Technologies, LLC

**Plaintiff's Counsel:**

Christopher T. Hill
Steven R. Main
Hill, Rugh, Keller & Main, P.L.

Bryan Farney
Brian VanderZanden
Jacqueline Lu
Farney Daniels LLP

**Defendants:**

Apple Inc.
Motorola Mobility Holdings, Inc.
Research In Motion Limited
Research In Motion Corporation
Kyocera Communications, Inc.
Casio Computer Co. Ltd.
Casio America, Inc.
HTC Corporation
HTC America, Inc.
NEC Corporation of America, Inc.
Nokia Corporation
Nokia Inc.
Huawei Technologies Co., Ltd.
Huawei Technologies USA Inc.
Cricket Communications, Inc.
Leap Wireless International Inc.
AT&T Inc.
Cellco Partnership d/b/a Verizon Wireless
Samsung Electronics Co., Ltd.
Samsung Electronics America, Inc.
LG Corp.
LG Electronics U.S.A., Inc.
T-Mobile USA, Inc.

**Defendants' Counsel:**

Unknown.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known other than disclosed above.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not applicable.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Not applicable.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted October 5, 2011.

*s/ Christopher T. Hill*
Christopher T. Hill, Esquire
Florida Bar No. 0868371
Steven R. Main, Esquire
Florida Bar No. 0144551
Hill, Rugh, Keller & Main, P.L.
390 North Orange Avenue, Suite 1610
Orlando, Florida 32801
Telephone: (407) 926-7460
Telecopier: (407) 926-7461
chill@hrkmlaw.com
steve@hrkmlaw.com

**Attorneys for Plaintiff**
**Brandywine Communications**
**Technologies, LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2011, I electronically filed the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system.

*s/ Christopher T. Hill*
Christopher T. Hill, Esquire